**George E. CARTER, Plaintiff—Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; Harley Lappin, Director, Federal Bureau of Prisons; Harrell Watts, Administrator, National Inmate Appeal–FBOP; Kim White, Regional Director, Mid–Atlantic Regional Office; K.J. Wendt, Warden, FCI–Gilmer; Duane Brown, Record Office Staff, FCI–Gilmer; D. McAdams, Unit Manager, FCI–Gilmer; Jane Doe, (Mrs. Whitlock) Case Manager, FCI–Gilmer, Defendants—Appellees.**

No. 07–6519.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 12, 2007.

Decided: Oct. 22, 2007.

George E. Carter, Appellant Pro Se. Alan Gordon McGonigal, Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George E. Carter appeals the district court order adopting the recommendation of the magistrate judge, granting summary judgment to Defendants on Carter's civil action, and dismissing Carter's complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carter v. Fed. Bureau of Prisons*, No. 1:05–cv–00130, 2007 WL 870120 (N.D.W.Va. Mar. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*